UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-12631-GAO

ELBA VALLE,
Plaintiff,

v.

CAROLYN COLVIN,
Acting Commissioner, Social Security Administration,
Defendant.

ORDER
May 18, 2015

O'TOOLE, D.J.

On October 14, 2014, this Court entered a Procedural Order (dkt. no. 14) requiring the plaintiff to file a Motion for Order Reversing the Commissioner's Decision by November 18, 2014. The plaintiff having failed to comply with that order, on April 13, 2015 this Court ordered the plaintiff within 21 days to file the motion or otherwise show cause why this case should not be dismissed (dkt. no. 15). As that deadline has again passed without any indication from the plaintiff, this case is DISMISSED without prejudice.

Judgment shall enter accordingly.

/s/ George A. O'Toole, Jr.
United States District Judge